

# Fourth Court of Appeals
## San Antonio, Texas

December 19, 2018

No. 04-18-00812-CV

**TEXAS DEPARTMENT OF TRANSPORTATION**,
Appellant

v.

Naomi **MARKHAM**, et al.,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-01166
Honorable Martha Tanner, Judge Presiding

## O R D E R

The Appellant's Frist Motion for Extension of Time to File Brief is GRANTED. Time is extended to January 22, 2019.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of December, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court